United States District Court
District of New Hampshire

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

MAY 05 2014

**FILED**

Richard Edson
_____
Plaintiff

v.

Judge Larry Smuckler / Lucian Northen
_____
Defendant(s)

Civil Action No. 14-fp-199
(To be provided by Clerk's Office)

**TO BE COMPLETED BY PLAINTIFF**
(Check One Only)
(_) DEMAND FOR JURY TRIAL
(_) NO JURY TRIAL DEMAND

# COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983

I.  Parties

A. Please provide the following information for each plaintiff:

1. Name  EDSON          Richard          A
         (Last)          (First)         (Initial)

2. Place of Detention  New Hampshire State Prison

3. Institutional Address  North State Street Concord N.H. 03301

4. Are you incarcerated pursuant to a pretrial detention order or are you a sentenced inmate?

    ☐ Pretrial Detention Order
    ☒ Sentenced Inmate

5. Date pretrial detention order was issued or sentence imposed  I've been incarcerated since 3-16-13, but my last court appearance was 3-29-06

B. Please provide the full name, current title and address known for each defendant:

1. Name  Smuchler                         Larry
        (Last)                                    (First)                           (Initial)

2. Title  Judge

3. Address  611 Court St Laconia NH 03246

(If the complaint is being made against more than one defendant, please attach additional sheets listing the above information and allegations as follows.)

II.  Statement of Claim

For each claim, please include the following information on attached sheets:

1. State which of your federal constitutional or federal statutory rights have been violated.

2. State which defendant(s) have violated that particular right for each allegation.

3. State, with specificity, the facts and circumstances that gave rise to the violations or deprivations alleged.

4. State the harm or damage that resulted from the alleged violation or deprivation.

Allegation 1: _____

Supporting *Facts*:
Plaintiff has 2 felony(s), 2nd degree assault and burglary A run concurrent with 1st degree assault. So actually the plaintiff has 1 felony, which I also enclosed with this notice.

Allegation 2: _____

Supporting *Facts*:

Allegation 3: _____

Supporting Facts:

(If more space is needed to explain any allegation or to list additional facts, attach additional pages)

III. <u>Relief</u>

You must request specific relief in your Complaint. State briefly exactly what you want the court to do for you (attach additional pages if necessary): Mr Edson would like the court to release Mr Edson from custody and award Mr Edson $660,000 thousand dollars or whatever the court deems just and Fair

Date: 4/10/14                                              _____
                                                                    Signature of Plaintiff

State of New Hampshire ]
] ss
County of __Merrimack__ ]

__Richard Edson__, being first duly sworn, upon oath, presents that (s)he has read and subscribed to the foregoing complaint, and states that the information contained therein is true and correct.

Subscribed and sworn before me this __21st__ day of __April__, 20__14__.

TONI J. VIOLA
NOTARY PUBLIC
MY COMMISSION EXPIRES __2/2/16__    _____
                                     Notary Public/Justice of the Peace

**OR**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.

__4-21-14__                          _____
DATE                                  SIGNATURE

**JURY TRIAL DEMAND**

I demand a jury trial for all claims for which a jury trial is allowed.

YES (✓)   NO (__)
**(check one only)**

Date: __4-21-14__                    _____
                                      Signature of Plaintiff



# The State of New Hampshire
## DEPARTMENT OF SAFETY
## DIVISION OF STATE POLICE

10 HAZEN DRIVE
CONCORD, NEW HAMPSHIRE 03305
(603) 271-2538

## CRIMINAL HISTORY RECORD

SID Num. 241118           Name  EDSON, RICHARD A                    Birth

| | | |
|---|---|---|
| **Arresting Offense** 2nd Degree Assault 631:2 | **Charge** 2nd Degree Assault 631:2 | |
| **Arrest Date** 04/18/1986 | **Court Date** 04/18/1986 | |
| **Agency** NH State Prison SA       NH007015C | **Court** BELKNAP-S | NH001033J |
| **Tracking Num.** | | |
| **Comments** | | |

| ViolationDate | Docket | Type | Class | Plea | Finding | Indicted | Appeal | DV |
|---|---|---|---|---|---|---|---|---|
| | 85-S-269 | Felony | | Not Guilty | Guilty | | N | |
| **Sentence** NHSP 3-7YRS | | | | | | HC  NH State Prison | | |
| **Fine** (none) | | | | | Supported by Fingerprints?  Y | | | |

| | | |
|---|---|---|
| **Arresting Offense** | **Charge** 2nd Degree Assault 631:2 | |
| **Arrest Date** | **Court Date** 04/07/2003 | |
| **Agency** Belmont PD       NH0010600 | **Court** LACONIA-D | NH001051J |
| **Tracking Num.** | | |
| **Comments** ON POLICE OFFICER | | |

| ViolationDate | Docket | Type | Class | Plea | Finding | Indicted | Appeal | DV |
|---|---|---|---|---|---|---|---|---|
| 03/15/2003 | 03-1059 | Felony | B | | | Y | N | N |
| **Sentence** | | | | | | HC | | |
| **Fine** (none) | | | | Restitution? N | Supported by Fingerprints?  N | | | |

| | | |
|---|---|---|
| **Arresting Offense** | **Charge** Criminal Restraint 633:2 | |
| **Arrest Date** | **Court Date** 04/07/2003 | |
| **Agency** Belmont PD       NH0010600 | **Court** LACONIA-D | NH001051J |
| **Tracking Num.** | | |
| **Comments** | | |

| ViolationDate | Docket | Type | Class | Plea | Finding | Indicted | Appeal | DV |
|---|---|---|---|---|---|---|---|---|
| 03/15/2003 | 03-1061 | Felony | B | | | Y | N | N |
| **Sentence** | | | | | | HC | | |
| **Fine** (none) | | | | Restitution? N | Supported by Fingerprints?  N | | | |




# The State of New Hampshire
## DEPARTMENT OF SAFETY
## DIVISION OF STATE POLICE

10 HAZEN DRIVE
CONCORD, NEW HAMPSHIRE 03305
(603) 271-2538

# CRIMINAL HISTORY RECORD

**SID Num.** 241118      **Name** EDSON, RICHARD A      **Birth**

| | |
|---|---|
| **Arresting Offense** Possession Burg Tools 635:1v | **Charge** Possession Burg Tools 635:1v |
| **Arrest Date** 11/07/1992 | **Court Date** 10/21/1993 |
| **Agency** New Hampton PD     NH0011800 | **Court** LACONIA-D     NH001051J |
| **Tracking Num.** A20109 | |
| **Comments** | |

| ViolationDate | Docket | Type | Class | Plea | Finding | Indicted | Appeal | DV |
|---|---|---|---|---|---|---|---|---|
| 02/02/1992 | 92-10524 | Misdmnr | | Not Guilty | Guilty, Disms/NP/NG on Appe | | Y | |

**Sentence** HC 6MOS W/3MOS SUSP       HC Belknap HC
Good Behavior: 2 y.
**Fine** (none)       **Supported by Fingerprints?** Y

---

| | |
|---|---|
| **Arresting Offense** Burglary 635:1 | **Charge** Burglary 635:1 |
| **Arrest Date** 12/31/1989 | **Court Date** 08/10/1990 |
| **Agency** Manchester PD     NH0063400 | **Court** HILLSBOROUGH-S/NORTH     NH006083J |
| **Tracking Num.** | |
| **Comments** | |

| ViolationDate | Docket | Type | Class | Plea | Finding | Indicted | Appeal | DV |
|---|---|---|---|---|---|---|---|---|
| | 90 403 | Felony | | Guilty | Guilty | | N | |

**Sentence** NHSP 1-2YRS       HC NH State Prison
**Fine** (none)       **Supported by Fingerprints?** Y

---

| | |
|---|---|
| **Arresting Offense** Shoplifting 644:17 Ii | **Charge** Shoplifting 644:17 Ii |
| **Arrest Date** 07/07/1989 | **Court Date** 09/13/1989 |
| **Agency** Manchester PD     NH0063400 | **Court** MANCHESTER-D     NH006061J |
| **Tracking Num.** | |
| **Comments** | |

| ViolationDate | Docket | Type | Class | Plea | Finding | Indicted | Appeal | DV |
|---|---|---|---|---|---|---|---|---|
| | 89-49196 | Misdmnr | | Not Guilty | Guilty | | N | |

**Sentence** HC 30D SUSP       HC
**Fine** $200.00       **Supported by Fingerprints?** Y

Copy for Return

# THE STATE OF NEW HAMPSHIRE
## Hillsborough County Superior Court

STATE vs...Richard Edson.........................................St.#.90-403.......
Indictment [X]      Waiver [ ]      Information [ ]      Complaint [ ]
Charge reduced to: Misdemeanor [ ]  Violation [ ] Distict Court #
Offense:.Burglary...................................................
TR#......................

## ARRAIGNMENT
Date...August 10, 1990..................Plea....Guilty..................

## DISPOSITION
Date...August 10, 1990................Justice...Margaret Q. Flynn........
Plea [X]                    Jury Verdict [ ]                    Court Order [ ]
Finding: Guilty [X]         Not Guilty [ ]                      Other [ ]
SENTENCE: The defendant is sentenced to the New Hampshire State Prison for not more than 2 years and 2 days, nor less than 1 year and 1 day. The sentence is concurrent with parole violation. Presentence confinememt credit of 250 days.

[X]   Disciplinary period pursuant to RSA 651:2, II-e.

Date: August 10, 1990.......         /s/ James M. Warren..., Deputy Clerk

## MITTIMUS
The Sheriff of Hillsborough County is hereby ordered to deliver:
..........................Richard Edson..........................
to:  [X] New Hampshire State Prison, Concord, New Hampshire
     [ ] Hillsborough County House of Correction, Manchester, N.H.
in accordance with said sentence.
     Attest:                         /s/ James M. Warren, Deputy Clerk

## RETURN
Pursuant, to said order, I delivered:..Richard Edson...............
to:  [X] New Hampshire State Prison, Concord, New Hampshire
     [ ] Hillsborough County House of Correction, Manchester, N.H.
and gave the    [X] warden
                [ ] superintendent
a copy of this order.
Date......8-10-90..           /s/ Peter Corsum....Sheriff
Copies:
Department of Safety                    Manchester Police Department
Probation Department                    Sentence Review Board
County Attorney                         Jailer
Defense Counsel

JMS/dls
Accepted by: _C.O. Wayne H. Chase_

**PAPER WORK ONLY**

# THE STATE OF NEW HAMPSHIRE
## SUPREME COURT

Trial Court: __Belknap County__     Docket No.: __160-166__

__Belknap County ~~Jodge Smuckler~~__
__Lauren Noither__
v.
__Richard Edson__

## Motion for Waiver of the Filing Fee

NOW COMES the plaintiff/defendant, __Richard Edson__, and moves this Honorable Court to waive the entry fee in the above-captioned matter.

In support of this motion, it is stated as follows:

1. __Inmate Edson lives on 61.00 dollars a month__

2. __asking this Court to waive filling fee__

3. __Inmate Edson is going on 12 years of incarceration and Mr. Edson doesn't have the money he once had__

WHEREFORE, for the above-stated reasons, it is respectfully requested that this Honorable Court waive the entry fee in this appeal.

Respectfully submitted,

__Michael Edson__
Name

Copies:  Trial Court
         Opposing Counsel

Dear Mr Starr

    enclosed filled out and Notarized if you need further information please don't hesitate to contact me here at the prison.

    Thank you
    Sincerely

    Richard Eve

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2014 MAY -5 P 12:36