# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

Richard A. Edson
#76951
NH State Prison for Men
281 N State St
PO Box 14
Concord, NH 03302-0014

## ORDER - FILING FEE OMITTED

In re: File No. 1:14-fp-199, Richard A. Edson v. Larry M. Smukler

The above-captioned action was received by the court on May 5, 2014, but items necessary to docket the case were not included. Either the filing fee or a motion to proceed in forma pauperis must be submitted to the court by July 7, 2014.

**Filing Fee.** Filing fee in the amount of $400.00 ($350.00 filing fee plus $50.00 administrative fee), may be in cash, certified bank check or money order (made payable to Clerk, U.S. District Court), or by credit card (Visa, MasterCard, Discover, or American Express). The court does not accept personal checks.

- O R -

**In Forma Pauperis**.   If in forma pauperis status is sought:

• Financial Declaration (USDCNH-15 or substantially similar filing)

This action will not be considered a civil case or any action taken until the appropriate fee has been received or in forma pauperis status has been granted.   If you are granted leave to proceed in forma pauperis the $50.00 administrative fee is waived but you must still pay the statutory filing fee of $350.00 in several installments.

By the Court,

/s/ Janice Boucher
Janice Boucher
Deputy Clerk

Date: May 9, 2014

Attachment