UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Richard A. Edson</u>

   v.                                                   Civil No. 14-cv-0199-PB

<u>Larry M. Smukler, Associate Justice,</u>
<u>New Hampshire Superior Court</u>

**O R D E R**

Before the Court is plaintiff Richard A. Edson's motion (doc. no. 12), requesting that the Court vacate its Order (doc. no. 6), granting Edson leave to proceed in forma pauperis and setting the filing fee for this action.  Because the Court finds that the claims asserted in the original Complaint (doc. no. 1) are more properly deemed to be time-barred, facially deficient claims for federal habeas relief, the Court GRANTS the motion to vacate the May 20, 2014, Order (doc. no. 6), which set a filing fee for this action as if it asserted claims under 42 U.S.C. § 1983.  The Court directs the Clerk to remit to Edson's inmate account any payments that have been made for the filing fee in this case.  Thereafter, the Clerk is directed to enter judgment, dismissing this case without prejudice, and to close the case.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

July 23, 2014

cc: Richard A. Edson, pro se