UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Richard A. Esdon

    v.                                Civil No. 14-cv-199-PB

Larry M. Smukler

**J U D G M E N T**

In accordance with the Orders by Judge Paul Barbadoro dated June 10, 2014 and July 23, 2014, judgment is hereby entered.

By the Court,

*/s/ Pamela E. Phelan*
Pamela E. Phelan
Chief Deputy Clerk

Date: July 23, 2014

cc:    Richard A. Edson, pro se